[No. 43171-4-I. Division One. October 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LAWRENCE HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00470-0, Suzanne M. Barnett, J., entered August 17, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 45466-8-I. Division One. October 22, 2001.]

*In the Matter of the Personal Restraint of* ROBERT L. JOHNSON, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.

[No. 46892-8-I. Division One. October 22, 2001.]

J.C. EPHRAIM, JR., ET AL., *Appellants*, v. ALLVEST, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 97-2-28622-1, Jeanette R. Burrage, J., entered December 3, 1999, and February 3, May 24, and June 16, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ.

[No. 47226-7-I. Division One. October 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY DALE SHIELDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00870-7, Michael J. Fox, J., entered August 21, 2001. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Baker, JJ.